EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Aprobación de Cambio de Estatus<br>Inactivo de julio a septiembre de 2013 | 2013 TSPR 118<br><br>189 DPR \_\_\_\_ |

Número del Caso: EM-2013-11

Fecha: 25 de octubre de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
julio a septiembre de 2013          EM-2013-11

RESOLUCIÓN

San Juan, Puerto Rico, a  25  de octubre de 2013.

Durante el periodo de julio a septiembre de 2013, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

### julio

| | |
|---|---|
| Ariel Colón Clavell | 1422 |
| Fernando Pérez Colón | 1788 |
| Rosa M. Rodríguez de Cacho | 2015 |
| Pedro Luis Sálamo Pérez | 4007 |
| Ariel González Torrents | 4363 |
| Fernando Barnés Vélez | 4475 |
| Lucila Denizard Vélez | 4741 |
| Aurelio Segundo Serrano | 4851 |
| Wilfredo Maldonado Colón | 5692 |
| Fernando Dávila Ríos | 6828 |
| René G. Esteves De Los Santos | 12,174 |
| Karem M. Díaz Crescioni | 12,193 |
| Rosendo De Jesús Ortiz | 14,831 |
| José Omar Rodríguez Figueroa | 17,272 |

Aprobación de Cambio de
Estatus Inactivo de
julio a septiembre de 2013                          Página 2

**agosto**

| | |
|---|---|
| Agustín Mangual Hernández | 1673 |
| Raymond Rivera Martinó | 4075 |
| Edwin Ruiz Rivera | 5090 |
| José E. Vilanova Jiménez | 5212 |
| Luis A. Mercado Jiménez | 6065 |
| Mayra Álvarez López | 6414 |
| Edna M. Acosta Sepúlveda | 8461 |
| Iris Haydee Rivera Feliciano | 8722 |
| Elsa Martí Dávila | 10,706 |
| Eduardo A. Santiago Acevedo | 11,110 |
| Osvaldo Santiago Santana | 11,572 |
| Glendaliz Correa Carrasquillo | 12,042 |
| Eliott O. Reyes Díaz | 13,224 |
| Irelia Navarro Navarro | 15,326 |
| Vanessa D. Muler González | 15,345 |
| José Javier Morales Benítez | 15,757 |
| Luis A. Santos Hernández | 17,126 |

**septiembre**

| | |
|---|---|
| Vicente Santori Coll | 1923 |
| José Mendez Moll | 2987 |
| Aurelio Torres Ponsa | 3153 |
| Ángel Juan Ortiz Ortiz | 4146 |
| Jorge M. Silva Cuétara | 4471 |
| Miguel Ángel Valdés García | 5074 |
| Lenidas Ramírez Piñeiro | 6795 |
| Ronaldo Ortiz Rolón | 8103 |
| Gloria M. Lebrón Pastrana | 10,054 |
| Annabelle Berríos Hernández | 11,313 |
| Yisel D. Estrada Cruz | 14,698 |
| Iris R. Cancio Cruz | 17,708 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo